UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James R. Misch,

Plaintiff,

v.

Rosemount Inc.,

Defendant.

Civil File No. 01-241 (MJD/SRN)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

It is hereby stipulated and agreed by the parties, through their respective counsel, that they have compromised and settled this dispute, and that this action, including each and every claim asserted herein, shall be dismissed with prejudice and without costs, disbursements, or attorneys' fees to any party.

Dated: Aug 1, 2001

DORSEY & WHITNEY LLP

By [signature]
Douglas R. Christensen #192594
Erik T. Nelson #296119
220 South Sixth Street, Suite 1300
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant Rosemount Inc.

Dated: Aug 16, 2001

MILLER & O'BRIEN

By [signature]
Maurice W. O'Brien #130229
1208 Plymouth Building
12 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 333-5831

Attorneys for Plaintiff James R. Misch

FILED AUG 29 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James R. Misch,

Plaintiff,

v.

Rosemount Inc.,

Defendant.

Civil File No. 01-241 (MJD/SRN)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

## ORDER

The parties having entered into the foregoing Stipulation of Dismissal with Prejudice:

**IT IS HEREBY ORDERED** that this action, including each and every claim alleged herein, is dismissed with prejudice. Each party shall bear its own attorneys' fees, costs, and disbursements. Let judgment be entered accordingly.

Dated: August 29, 2001

Michael J. Davis
United States District Judge